18TH STREET REALTY CORPORATION, Appellant, v. MAXTHAN REALTY Co., INC., Respondent.— The decision of this court handed down on October 5, 1931, █ is hereby amended to read as follows: Motion for leave to appeal to the Court of Appeals denied upon the ground that leave to appeal is not necessary. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ABRAHAM FERMAN, Respondent, v. HENRY ZIPIN, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

HARRY GOLDBERG and ARTHUR LEVITT, Copartners, Engaged in the Practice of Law under the Firm Name and Style of GOLDBERG & LEVITT, Appellants, v. SAMUEL KELLER, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ISRAEL GOLDEN, Respondent, v. FURNITURE FRAME FACTORIES, INC., and Another, Defendants; and OSCAR SANDMAN and Others, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ARTHUR H. LAMBORN and Others, Appellants, v. SUSQUEHANNA STEAMSHIP Co., INC., and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANCES LARKIN, Respondent, v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANTONIO MAIA, Respondent, v. LAMPORT & HOLT, LTD., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PALMISANO, Appellant.— The decision of this court handed down on September 28, 1931, █ is hereby amended to read as follows: Motion to dismiss appeal denied. Motion for enlargement of time to perfect appeal granted to the January, 1932, term and appeal ordered on the calendar for Monday, January 11, 1932. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ROSE WATMAN, Respondent, v. SINGER ARMS REALTY CORPORATION, Appellant, and COLONIAL MANTEL AND REFRIGERATOR COMPANY, Defendant.— In view of the decision of the main appeal (*post*, p. 707), decided herewith, the motion for a stay is denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.